# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  JEREMY J. BURGESS        §        Case No. 10-75792
       AMY J. BURGESS            §
                                        §
                 Debtors                          §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 11/23/2010.

2) The plan was confirmed on 01/28/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 08/12/2011.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,130.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 4,431.00 | |
| Less amount refunded to debtor | $ 633.00 | |
| **NET RECEIPTS** | | $ 3,798.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 1,785.49 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 225.35 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,010.84 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 1,785.49 | 0.00 |
| ILLINOIS COMMUNITY CREDIT | Sec | 11,500.00 | 10,849.54 | 10,849.54 | 1,095.46 | 691.70 |
| ILLINOIS DEPT OF HEALTHCARE | Pri | 5,200.00 | 5,186.76 | 5,186.76 | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 700.00 | 603.66 | 603.66 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF | Uns | 0.00 | 146.80 | 146.80 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,400.00 | 27,709.96 | 27,709.96 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 5,701.80 | 5,701.80 | 0.00 | 0.00 |
| 10 MINUTE PAY DAY LOAN | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALES & LEASE | Uns | 185.00 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK | Uns | 340.00 | NA | NA | 0.00 | 0.00 |
| ASPEN CARD | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| BENEKE ENT | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY ASSOC | Uns | 480.00 | NA | NA | 0.00 | 0.00 |
| CASEYS | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| CGH MEDICAL CENTER | Uns | 1,320.00 | NA | NA | 0.00 | 0.00 |
| AIS SERVICES LLC | Uns | 540.00 | 540.00 | 540.00 | 0.00 | 0.00 |
| CITIZENS COMMUNICATIONS | Uns | 430.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CITY OF STERLING / VIOLATIONS | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| DR CHAD PILLAR | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| EZ MONEY OF IL INC | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,240.00 | 1,242.71 | 1,242.71 | 0.00 | 0.00 |
| FIRST PREMIER BANK | Uns | 440.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 200.00 | 207.22 | 207.22 | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 200.00 | 201.76 | 201.76 | 0.00 | 0.00 |
| GEIGER PSYCHIATRIC CARE LLC | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| GIBSON DIL CO | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| GINNY'S | Uns | 230.00 | 227.12 | 227.12 | 0.00 | 0.00 |
| HAMMOND HENRY HOSPITAL | Uns | 580.00 | 579.30 | 579.30 | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 3,100.00 | 2,181.94 | 2,181.94 | 0.00 | 0.00 |
| HOP N SHOP | Uns | 76.00 | NA | NA | 0.00 | 0.00 |
| INTER - STATE STUDIO OF IL | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| JOHN RAPPP | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 100.00 | 402.50 | 402.50 | 0.00 | 0.00 |
| MEDIA COM | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| MORRISON COMMUNITY HOSPITAL | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST PODIATRY CENTER | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| PAPA JOHNS | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| CHECK IT | Uns | 70.00 | 73.32 | 73.32 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 370.00 | 296.84 | 296.84 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| PUBLISHERS CLEARING HOUSE | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE COMMUNITY HOSPITAL | Uns | 325.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE PARK DISTRICT | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ROCHELLE VETERINARY HOSP | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 180.00 | 2,144.70 | 2,144.70 | 0.00 | 0.00 |
| SAULK VALLEY NEWSPAPER ADS | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 600.00 | 444.76 | 444.76 | 0.00 | 0.00 |
| SINNISSIPPI CENTER INC | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| STERLING ROCK FALLS CLINIC | Uns | 200.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| STERLING ROCK FALLS CLINIC | Uns | 950.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 200.00 | 207.50 | 207.50 | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 500.00 | 498.37 | 498.37 | 0.00 | 0.00 |
| US CELLULAR | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 3,055.00 | 2,009.33 | 2,009.33 | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 935.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 1,390.00 | 1,389.99 | 1,389.99 | 0.00 | 0.00 |
| WISE GUYS PIZZA MORE INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,140.00 | 1,935.20 | 1,935.20 | 0.00 | 0.00 |
| LIDA LAKES | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 0.00 | 1,534.73 | 1,534.73 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,849.54 | $ 1,095.46 | $ 691.70 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,849.54 | $ 1,095.46 | $ 691.70 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 5,186.76 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 28,313.62 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 33,500.38 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 21,965.89 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 2,010.84 |
| Disbursements to Creditors | $ 1,787.16 |
| **TOTAL DISBURSEMENTS:** | $ 3,798.00 |

UST Form 101-13-FR-S (9/1/2009)

   12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  03/15/2012   By:  /s/ Lydia S. Meyer
            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)